USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

*Trial submission deadlines extended for one week. Change of plea scheduled for Tuesday, November 22, 2022 at 10:30 AM.*

*Colleen McMahon*
*11/18/2022*

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Freddie Jaiman*, 22 Cr. 205 (CM)

Dear Judge McMahon:        **MEMO ENDORSED**

The Government has been informed by counsel for the defendant that Freddie Jaiman intends to enter a change of plea. Given the impending trial date, the parties respectfully request that the Court schedule a change of plea conference on Tuesday, November 22, 2022.

The parties jointly request a one-week adjournment of the trial deadlines as set by the Court on November 15, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Amanda Weingarten*

Amanda Weingarten
Assistant United States Attorney
Southern District of New York
(212) 637-2257
Amanda.Weingarten@usdoj.gov

cc (by ECF):   Glenn Garber, Esq.