UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA                          :
                                                  :
                                                  :      **<u>SCHEDULING ORDER</u>**
          -against-                               :
                                                  :      19 CR. 416 (AKH)
                                                  :
DARIEL POLANCO,                                   :
                                                  :
                                                  :
                               Defendant.         :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The parties are hereby ordered to appear for a conference to consider the need for

a *Curcio* hearing to inquire about the independence of counsel. *See United States v. Curcio*, 680

F.2d 881 (2d Cir. 1982).  The conference will take place November 29, 2022 at 11:00 a.m. in

Courtroom 14D.

          SO ORDERED.

Dated:        November 18, 2022                   /s/ Alvin K. Hellerstein
              New York, New York          _____
                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge