

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 21, 2022

MEMO ENDORSED
11/22/22

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Freddie Jaiman*, 22 Cr. 205 (CM)

Dear Judge McMahon:

> Change of Plea proceeding Adj. to Nov. 29, 2022 at 11:00 AM — time excluded through Nov 29, in the interest of justice. The December trial is adjourned to January.

The Government has been informed that, due to a Covid-19 outbreak at the Westchester County Department of Corrections, the Court has adjourned the defendant's change of plea conference until November 29, 2022. The Government respectfully requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between November 21, 2022 and November 29, 2022. The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties an opportunity to continue discussing a pretrial resolution of this case. Defense counsel has informed me that he consents to this request.

Additionally, the parties respectfully requests that trial in this matter, should it proceed, be adjourned from December 5, 2022 until January 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Amanda Weingarten*

Amanda Weingarten
Assistant United States Attorney
Southern District of New York
(212) 637-2257
Amanda.Weingarten@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/22

cc (by ECF):   Glenn Garber, Esq.